IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 27 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOT DONALD PETRIE,<br><br>Defendant. | CR 19–33–BLG–DLC<br><br>ORDER |

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc. 32). On July 18, 2019, the defendant entered a plea of guilty to the Indictment filed on March 21, 2019, and conceded the forfeiture of the property set forth in the Indictment. The defendant's guilty plea and defendant's concession to the forfeiture provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Scot Donald Petrie's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

-1-

- 1117 Central Avenue, Billings, Montana 59101; Lot 4, Block 1, of Sanderson Subdivision, in the City of Billings, Yellowstone County, Montana

THAT the United States Marshal Service, or its sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 27th day of August, 2019.

                                                      */s/ Dana L. Christensen*
                                                      Dana L. Christensen, Chief Judge
                                                      United States District Court