FILED

JAN 3 0 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOT DONALD PETRIE,<br><br>Defendant. | CR 19–33–BLG–DLC<br><br>ORDER |

Before the Court is Defendant Scot Donald Petrie's ("Petrie") Unopposed Motion for Final Order of Forfeiture. (Doc. 48.) After reviewing the motion and supporting brief (Doc. 49), the Court FINDS:

(1) The United States commenced this action pursuant to 18 U.S.C. § 2253;

(2) A Preliminary Order of Forfeiture was entered on August 27, 2019 (Doc. 34);

(3) All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

(4) It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

1

Accordingly, IT IS ORDERED that:

(1) The Motion for Final Order of Forfeiture is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- 1117 Central Avenue, Billings, MT 59101; Lot 4, Block 1, of Sanderson Subdivision, in the City of Billings, Yellowstone County, Montana

(3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 30th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court